IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

Civil Action No. 06-cv-02301-ZLW-GJR

CAROLE E. JENKINS,

    Plaintiff,
v.
BARBARA B. PREHMUS, Director, Dept.
of HCP and Financing; and MESA COUNTY
HEALTH & HUMAN SERVICES,

    Defendants.

---

### ORDER ON APPOINTMENT OF COUNSEL

---

Plaintiff appeared *pro se* at a status conference in case number 06-cv-1327-ZLW-GJR on January 23, 2007 in Grand Junction, Colorado.  Also appearing, in person, was Alan Hassler for Mesa County Health & Human Services and Anne Baudino Holton for Barbara B. Prehmus, Director, Dept. of HCP and Financing by phone.  At the status conference in 06-cv-01327-ZLW-GJR, the plaintiff requested that she be appointed counsel to represent her in both cases pending before the Court, 06-cv-01327-ZLW and 06-cv-02301-ZLW-GJR.  Plaintiff does not have a constitutional right to counsel, see *Smith v. Secretary of N.M. Dep't of Corrections, 50 F.3d 801, 821 n. 29 (10th Circuit 1995)* (the right to counsel guaranteed under the Sixth Amendment applies only to criminal proceedings).  However,  the Court directs that this case, and its companion case, 06-cv-01327-ZLW-GJR, be placed on the Court's volunteer list.  Plaintiff is cautioned that placement on the Court's volunteer counsel list does not

guarantee that an attorney will volunteer to undertake representation of this case, or the companion case of 06-cv-01327-ZLW-GJR.  Therefore, unless and until an attorney voluntarily selects Plaintiff's cases from the list of *pro se* cases, and agrees to undertake representation on a volunteer basis, the Court can do no more in this regard.  Because of the uncertainty as to whether counsel will be found to undertake representation of the Plaintiff, the Court cannot and will not stay the case during the time the file is on the volunteer counsel list.

Accordingly, based on the foregoing and the entire record herein, it is hereby **ORDERED** that Plaintiff's case be placed on the list of the *pro se* cases maintained by the CJA/Pro Se Division of the Clerk's Office for which the Court is seeking volunteer counsel.

It should be noted that the Plaintiff resides in Grand Junction, CO.  No proceedings are currently scheduled.  The Defendants' Answers are due on February 18, 2007 (Mesa County Health & Human Services) and March 19, 2007 (Dept. of HCP and Financing).

DATED: February 9, 2007

BY THE COURT:

s/Gudrun Rice

Gudrun Rice
United States Magistrate Judge