IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-02301-ZLW-GJR
(Rel. to 06-cv-01327-ZLW-GJR)

CAROLE E. JENKINS,

    Plaintiff,

v.

BARBARA B. PREHMUS, Director, Dept. of HCP and Financing, and
MESA CO HEALTH & HUMAN SERVICES,

    Defendants.

## ORDER

Magistrate Judge Gudtrun J. Rice has advised that this case has settled. In consideration thereof, it is

ORDERED that this case is held in abeyance pending the filing of settlement papers. It is

FURTHER ORDERED that settlement papers shall be filed on or before May 25, 2007. If by that date settlement papers have not been received by the Court, on June 1, 2007, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this __9__ day of May, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court