IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-02301-ZLW-GJR
(Rel. to 06-cv-01327-ZLW-GJR)

CAROLE E. JENKINS,

    Plaintiff,

v.

BARBARA B. PREHMUS, Director, Dept. of HCP and Financing, and
MESA CO HEALTH & HUMAN SERVICES,

    Defendants.

_____

### ORDER DISMISSING CASE WITH PREJUDICE

    Pursuant to and in accordance with the Stipulated Notice of Dismissal With Prejudice filed May 25, 2007, it is

    ORDERED that this case is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

    DATED at Denver, Colorado, this __30__ day of May, 2007.

        BY THE COURT:

        *Zita L. Weinshienk*
        _____
        ZITA L. WEINSHIENK, Senior Judge
        United States District Court